UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cr-90-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ADAM LOPEZ,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Receive Certain Documents. (#21). Defendant seeks copies of the following documents: Factual Basis, Statement of Reasons, Plea Agreement Supplement, Docket Sheet, and Sentencing Transcripts.

### ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion, addressing specifically whether Defendant has a right to a copy of each requested document.[1] The Court notes that there is no sentencing transcript. Next, the Plea Agreement Supplement and the Statement of Reasons are sealed. The Court is inclined to allow Defendant to review the Statement of Reasons, but the Court will not allow Defendant to retain a copy. The Court is also inclined to allow Defendant to obtain a courtesy copy of the docket sheet. The Court will first, however, require a brief response from the Government as to Defendant's right to each requested document.

---

[1] The Court would like to know whether Defendant entered into a discovery agreement barring him from obtaining the requested documents.

1

Signed: December 6, 2023

Max O. Cogburn Jr
United States District Judge