UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cr-90-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ADAM LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Receive Certain Documents. (#21). Defendant seeks copies of the following documents: Factual Basis, Statement of Reasons, Plea Agreement Supplement,[1] Docket Sheet, and Sentencing Transcripts. The Court ordered the Government to respond to the motion, and the Government has filed its response. (#24).

Defendant's motion is **GRANTED IN PART**. As the Government correctly notes in its response, there is no sentencing transcript. The Government further informs the Court that defense counsel has agreed to provide Defendant with the Factual Basis (#3), and the Court agrees that Defendant is entitled to this document.

As for the Plea Agreement, Addendum to the Plea Agreement, and Statement of Reasons, (#2, #8, #19), these documents are sealed. Defendant may review the documents, but the Court will not allow Defendant to retain a copy. The Clerk of Court is hereby authorized to provide a copy of the Statement of Reasons, Plea Agreement, and Addendum to the Plea Agreement to the Warden at McDowell Federal Correctional Institution. Defendant shall be permitted to review

---

[1] The Court assumes Defendant is referring to the Addendum to the Plea Agreement.

1

these documents in the presence of his Case Manager or another appropriate prison official as designated by the Warden, but Defendant may not retain a copy of the documents.

The Court further Orders that the Clerk's office shall mail Defendant a courtesy copy of the docket sheet.

**IT IS SO ORDERED**.

Signed: January 17, 2024

Max O. Cogburn Jr
United States District Judge

2

Case 1:22-cr-00090-MOC-WCM   Document 25   Filed 01/18/24   Page 2 of 2